# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>SETH R. LEWIS,<br><br>                          Defendant. | Case No. 17-CR-20-JPS<br><br><br><br><br><br>**ORDER** |

       On February 28, 2017, the Court issued the trial scheduling order in this matter, setting the final pretrial conference for May 2, 2017, and the trial to begin May 8, 2017. (Docket #10). That same day, the assigned magistrate judge, Judge William E. Duffin, set a pretrial motion deadline of March 15, 2017. (Docket #9). On March 14, 2017, Defendant sought an extension of the pretrial motion deadline to March 22, 2017, which was granted. (Docket #13). He timely filed a motion to suppress on March 22, 2017, arguing that the search that uncovered the firearms underlying the present charges was unlawful. (Docket #14).

       Presently before the Court is Defendant's March 23, 2017 motion to adjourn the trial date and other pretrial deadlines in this case. (Docket #15). Defendant claims that production of discovery materials has been slow, which precipitated his request for extension of the pretrial motion deadline. *Id.* at 1–2. According to Defendant, in order to have sufficient time to fully litigate the motion to suppress and any objections to Magistrate Duffin's report and recommendation thereon, the trial and the other pretrial deadlines should be vacated for at least forty-five days. *Id.* at 2–3. The government opposes this request. *Id.* at 3.

      The Court will deny Defendant's motion. While the Court appreciates that Defendant's motion to suppress will require significant effort to litigate and resolve, such demands upon the resources of counsel and the Court are commonplace. The fact that there will be an evidentiary hearing that includes

testimony of witnesses is not a sufficient reason to find that this case is out of the norm. Nor is the Court persuaded that its deadlines should be unseated in light of the extension of the pretrial motions deadline. This extension was granted at Defendant's request, and if he did not contemporaneously consider the impact the extension might have on trial schedule, that rests with him.

Accordingly,

**IT IS ORDERED** that Defendant's motion to adjourn the final pretrial conference and jury trial (Docket #15) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 24th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge