# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

                                Plaintiff,            Case No. 17-CR-20-JPS

v.

SETH R. LEWIS,

                             **ORDER**

                      Defendant.

On August 1, 2017, the government filed a motion to dismiss without prejudice certain property from the forfeiture notice contained in the indictment in this matter. (Docket #38). Such dismissal is authorized by the terms of Federal Rule of Civil Procedure 48(a). Fed. R. Crim. P. 48(a). For the reasons stated in the government's motion, the Court will grant the requested dismissal.

Accordingly,

**IT IS ORDERED** that the government's motion to dismiss property from the forfeiture notice of the indictment (Docket #38) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the following property items be and hereby are **DISMISSED** without prejudice from the forfeiture notice of the indictment:

    a.    a Mossberg .20 gauge shotgun, bearing serial number L868441; and

    b.    an Intratec Tech 9, model TEC-DC9, 9mm firearm, bearing serial number D008193.

Dated at Milwaukee, Wisconsin, this 2nd day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge